**1**

U. M. JENKINS v. STATE. (No. 10762.) (Court of Criminal Appeals of Texas. Jan. 19, 1927.) Commissioners' Decision. Appeal from District Court, Potter County; Henry S. Bishop, Judge. Culwell & Culwell, of Amarillo, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BAKER, J. The appellant was convicted in the district court of Potter for the unlawful possession of intoxicating liquor, and his punishment assessed at one year in the penitentiary. The appellant has filed in this court his personal affidavit in writing, duly sworn to, requesting that this appeal be dismissed. Having carefully examined said affidavit, and found same to be in due form, the request is hereby granted, and the appeal is ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

---

**2**

Gennie JOINER v. STATE. (No. 10764.) (Court of Criminal Appeals of Texas. Feb. 9, 1927.) Appeal from District Court, Lee County; J. B. Price, Judge. E. T. Simmang, of Giddings, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. Theft of a hog is the offense; punishment fixed at confinement in the penitentiary for a period of three years. No statement of the facts is before this court. The only complaint of the irregularity of the trial is that embraced in the exceptions to the court's charge. In the absence of knowledge of the evidence which was before the learned trial judge, we are unable to determine whether the criticisms of the charge are meritorious or not. The judgment is affirmed.

---

**3**

Alton JONES v. STATE. (No. 10755.) (Court of Criminal Appeals of Texas. Jan. 19, 1927.) Commissioners' Decision. Appeal from District Court, Uvalde County; L. J. Brucks, Judge. W. C. Baker, of Kerrville, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

BETHEA, J. The appellant was convicted in the district court of Uvalde county for the unlawful sale of intoxicating liquor, and his punishment assessed at three years in the penitentiary. The appellant has filed in this court his personal affidavit in writing, duly sworn to, requesting that this appeal be dismissed. Having carefully examined said affidavit, and found

same to be in due form, the request is hereby granted, and the appeal is ordered dismissed.

PER CURIAM. The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

---

**4**

Ed MADDOX v. STATE. (No. 10683.) (Court of Criminal Appeals of Texas. Jan. 19, 1927.) Appeal from District Court, Leon County; Carl T. Harper, Judge. Bennett & Swanger, of Normangee, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles. Asst. State's Atty., of Groesbeck, for the State.

MORROW, P. J. The offense is murder; punishment fixed at confinement in the penitentiary for a period of five years. The record reveals no complaint of the procedure, nor do we find any authenticated statement of the evidence. The indictment is sufficient to charge the offense, and no fundamental error has been perceived or pointed out. The judgment is affirmed.

---

**5**

Addy MILLER v. STATE. (No. 10712.) (Court of Criminal Appeals of Texas. Jan. 26, 1927.) Appeal from District Court, Knox County; J. H. Milam, Judge. Jas. A. Stephens, of Benjamin, and J. S. Kendall, of Munday, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Knox county of selling intoxicating liquor; punishment, one year in the penitentiary. The record is before us without any statement of facts or bills of exception. The indictment is in correct form, and is followed by the charge of the court. Finding no error in the record, the judgment will be affirmed.

---

**6**

Gurra MITCHELL v. STATE. (No. 10682.) (Court of Criminal Appeals of Texas. Jan. 19, 1927.) Appeal from District Court, Kerr County; L. J. Brucks, Judge. W. C. Baker, of Kerrville, for appellant. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

LATTIMORE, J. Conviction in district court of Kerr county of selling intoxicating liquor; punishment, one year in the penitentiary. The record is before us without any bills of exception or statement of facts. The indictment appears to be in legal form, and the charge of the court fairly presents the law of the case. Finding no error in the record, the judgment will be affirmed.